Julie L. Hussey, Bar No. 237711
JHussey@perkinscoie.com
Ross E. Bautista, Bar No. 312319
RBautista@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130-2594
Telephone: 858.720.5700
Facsimile: 858.720.5799

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC and DOES 1-25, inclusive,<br><br>                    Defendants. | Case No. 21-cv-1316<br><br>**DEFENDANT AMAZON.COM SERVICES, LLC'S NOTICE OF REMOVAL**<br><br>[Removed from the Superior Court of the State of California for the County of Alameda, Case No. RG20085312]<br><br>Complaint Filed: December 20, 2020 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant Amazon.com Services, LLC ("Amazon")

hereby removes this civil action from the Superior Court of the State of California, County of

Alameda, to the United States District Court for the Northern District of California, under 28

U.S.C. §§ 1332, 1441, and 1446. Diversity jurisdiction exists because there is complete

diversity and the amount in controversy exceeds $75,000.

## I.     INTRODUCTION

1.     This is a subrogation action that involves property damage allegedly caused by a

lithium polymer battery and charger. Complaint at 4. Plaintiff State Farm General Insurance

-1-

DEFENDANT AMAZON.COM SERVICES, LLC'S NOTICE OF REMOVAL

Company ("Plaintiff") brings causes of action on behalf of its insureds for negligence, strict products liability, and breach of implied warranty. *Id*. at 5.

2.     Plaintiff filed its Complaint on December 20, 2020, in the Superior Court of the State of California, County of Alameda, Case No. RG20085312. A true and correct copy of the Complaint is attached hereto as Exhibit A.

## II.     THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION

3.     This action is removable under 28 U.S.C. § 1441 because this Court would have had original jurisdiction under 28 U.S.C.§ 1332 had Plaintiff filed this action initially in federal court. Plaintiff is not a citizen of the same state as any of the defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A.     Complete Diversity Exists

4.     Plaintiff is a corporation. A corporation is a citizen of its state of incorporation and of the state in which it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1). A corporation's "principal place of business" means the "actual center of direction, control, and coordination." *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010). Plaintiff is an Illinois corporation with its principal place of business in Bloomington, Illinois. It is therefore a citizen of Illinois.

5.     Defendant Amazon.com Services, LLC is a Delaware limited liability company. For the purposes of diversity jurisdiction, limited liability companies are citizens of all states where each of their members is a citizen. *Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1016 (2016). The sole member of Amazon.com Services, LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Washington. Amazon.com Services, LLC is therefore a citizen of Delaware and Washington.

6.     Because Plaintiff is a citizen of Illinois, while the named defendant is a citizen of Delaware and Washington, complete diversity exists.

### B.     The Amount in Controversy Exceeds $75,000

7.     Plaintiff states in its Complaint that its damages total approximately $116K. Complaint at 3.

DEFENDANT AMAZON.COM SERVICES, LLC'S NOTICE OF REMOVAL

8.     By the statements contained in this Notice of Removal, Amazon does not concede that Plaintiff is entitled to any damages.

### III.     ALL SERVED DEFENDANTS CONSENT TO REMOVAL

9.     All served defendants consent to removal.

### IV.     THIS FILING IS TIMELY

10.     Plaintiff served Amazon on January 25, 2021. Amazon filed this Notice of Removal within thirty (30) days after it was personally served. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

### V.     VENUE OF REMOVED ACTION

11.     The Northern District of California is the United States district court for the district and division embracing the state court where this action was filed and is pending. Venue is proper in this Court under 28 U.S.C. § 1441(a).

### VI.     NOTICE TO THE STATE COURT

12.     A copy of this Notice of Removal is being served on all served parties and filed with the Superior Court of the State of California, County of Alameda, where this case was originally filed.

### VII.     PLEADINGS IN THE STATE COURT ACTION

13.     All process, pleadings, and orders served upon Amazon in this action are attached as Exhibit A. A true and correct copy of the Alameda Superior Court docket for this action is attached as Exhibit B.

### VIII.   NON-WAIVER OF DEFENSES

14.     Amazon expressly reserves all of it defenses. By removing the action to this Court, Amazon does not waive any rights or defenses available under federal or state law. Amazon expressly reserves the right to move for dismissal of the Complaint under Federal Rule of Civil Procedure 12. Nothing in this Notice of Removal should be taken as an admission that Plaintiff's allegations are sufficient to state a claim or have any substantive merit.

DEFENDANT AMAZON.COM SERVICES, LLC'S NOTICE OF REMOVAL

WHEREFORE, Amazon hereby removes the above-entitled case to this Court.

DATED: February 24, 2021        **PERKINS COIE LLP**

By: */s/ Ross E. Bautista*
    Julie L. Hussey, Bar No. 237711
    Jhussey@perkinscoie.com
    Ross E. Bautista, Bar No. 312319
    Rbautista@perkinscoie.com

Attorneys for Defendant
AMAZON.COM SERVICES, LLC

DEFENDANT AMAZON.COM SERVICES, LLC'S NOTICE OF REMOVAL

1

## **CERTIFICATE OF SERVICE**

2      This is to certify that a true and correct copy of the above and foregoing has been served

3 upon all counsel of record, via the Court's CM/ECF system and US Mail, on February 24, 2021,

4 as follows:

5

6      Darrel K. Yasutake
       Yasutake & Associates
7      6200 Center Street, Suite 280
       Clayton, CA 84517
8      925-680-4266
       dyasutake@hy-litigators.com
9
       ATTORNEYS FOR PLAINTIFF
10     STATE FARM GENERAL INSURANCE

11

12

13

14                                    */s/ Ross E. Bautista*
                                      Ross E. Bautista
15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT AMAZON.COM SERVICES, LLC'S NOTICE OF REMOVAL