# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** Amazon.com Services LLC and; Does 1 to 25, inclusive
*(AVISO AL DEMANDADO):*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

[court stamp]
DEC 29 2020
CLERK OF THE SUPERIOR COURT
By NICOLE HALL

**YOU ARE BEING SUED BY PLAINTIFF:** State Farm General Insurance Company
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Alameda County Superior Court
1225 Fallon Street
1225 Fallon Street
Oakland, California 94612

**CASE NUMBER:** *(Número del Caso):* RG20085312

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Darrel K. Yasutake (Bar #142927)          925-680-4266          925-680-4259
YASUTAKE & ASSOCIATES, APC
6200 Center Street, Suite 280
Clayton, California 84517

DATE: DEC 29 2020   CHAD FINKE                        Clerk, by NICOLE HALL           , Deputy
*(Fecha)*            EXECUTIVE OFFICER/CLERK          *(Secretario)*                   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Amazon.Com Services, LL.C.
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other *(specify):* Corp Code 17701.16
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions

Code of Civil Procedure §§ 412.20, 465

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Darrel K. Yasutake (Bar #142927)<br>YASUTAKE & ASSOCIATES<br>A Professional Corporation<br>6200 Center Street, Suite 280<br>Clayton, California 84517<br>TELEPHONE NO: 925-680-4266    FAX NO. *(Optional):* 925-680-4259<br>E-MAIL ADDRESS *(Optional):* dyasutake@hy-litigators.com<br>ATTORNEY FOR *(Name):* State Farm General Insurance Company | **FOR COURT USE ONLY**<br><br>NICOLE HALL |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: 1225 Fallon Street
CITY AND ZIP CODE: Oakland, California 94612
BRANCH NAME:

PLAINTIFF: State Farm General Insurance Company

DEFENDANT: Amazon.com Services LLC and

[x] DOES 1 TO  25, inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number):*

Type *(check all that apply):*
[ ] MOTOR VEHICLE         [x] OTHER *(specify):* Insurance Subrogation
[x] Property Damage       [ ] Wrongful Death
[ ] Personal Injury       [x] Other Damages *(specify):* Subrogation

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded  [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: RG20085312

1. Plaintiff *(name or names):* State Farm General Insurance Company
   alleges causes of action against defendant *(name or names):* Amazon.com Services LLC; and Does 1 to 25

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [x] except plaintiff *(name):* State Farm General Insurance Company
      (1) [x] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12

Legal Solutions Plus

PLD-PI-001

| SHORT TITLE: State Farm v. Amazon | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
　　is doing business under the fictitious name (specify):

　　and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
　a. ☒ except defendant (name): Amazon.com Services LLC
　　(1) ☐ a business organization, form unknown
　　(2) ☐ a corporation
　　(3) ☐ an unincorporated entity (describe):

　　(4) ☐ a public entity (describe):

　　(5) ☒ other (specify): LLC

　c. ☐ except defendant (name):
　　(1) ☐ a business organization, form unknown
　　(2) ☐ a corporation
　　(3) ☐ an unincorporated entity (describe):

　　(4) ☐ a public entity (describe):

　　(5) ☐ other (specify):

　b. ☐ except defendant (name):
　　(1) ☐ a business organization, form unknown
　　(2) ☐ a corporation
　　(3) ☐ an unincorporated entity (describe):

　　(4) ☐ a public entity (describe):

　　(5) ☐ other (specify):

　d. ☐ except defendant (name):
　　(1) ☐ a business organization, form unknown
　　(2) ☐ a corporation
　　(3) ☐ an unincorporated entity (describe):

　　(4) ☐ a public entity (describe):

　　(5) ☐ other (specify):

　　☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
　a. ☒ Doe defendants (specify Doe numbers): 1 to 25, inclusive　were the agents or employees of other named defendants and acted within the scope of that agency or employment.
　b. ☒ Doe defendants (specify Doe numbers): 1 to 25, inclusive　are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
　a. ☐ at least one defendant now resides in its jurisdictional area.
　b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
　c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
　d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
　a. ☐ has complied with applicable claims statutes, or
　b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]　　COMPLAINT—Personal Injury, Property Damage, Wrongful Death　　Page 2 of 3

PLD-PI-001

| SHORT TITLE: State Farm v. Amazon | CASE NUMBER: |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☒ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☐ general damage
   e. ☒ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify):* Subrogation damages in the amount of $116,`74.59 plus costs and prejudgment interest as allowed by law.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: December 29, 2020

Darrel K. Yasutake
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Page 3 of 3

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE: State Farm v. Amazon | CASE NUMBER: |
|---|---|

__FIRST__  CAUSE OF ACTION—General Negligence          Page __4__
(number)

ATTACHMENT TO  [x] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: State Farm General Insurance Company

alleges that defendant *(name)*: Amazon.com Services LLC; and

[x] Does __1__ to __25, inclusive__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: September 9, 2019
at *(place)*: 1116 Warfield Avenue, Piedmont, California 94610

*(description of reasons for liability):*
On or about September 9, 2019 a fire occurred at 1116 Warfield Avenue in Piedmont, California when a lithium polymer battery and charger were used for the first time after purchase failed and ignited into a fire. The battery and charger were purchased online through defendants Amazon.com Services LLC and Does 1 to 25, and each of them. Said defendants negligently sold said battery and charger, and as a result of their negligence, said defendants, and each of them legally and proximately caused the resulting damages. Said defendants, and each of them, are liable for the damages in this incident.

The owners/occupants of said property Bart and Faina Myers were insured under a homeowners insurance policy issued by plaintiff State Farm General Insurance Company (State Farm). Having sustained damages from the failed battery and charger, Mr. and Mrs. Myers submitted a claim under their policy of insurance with State Farm. State Farm paid Mr. and Mrs. Myers to repair their damages resulting from the incident, and pursuant to the provisions of the policy and allowed by law, State Farm is subrogated to Mr. and Mrs. Myers' right to recover said damages. State Farm therefore seeks recovery of its damages from said defendants, and each of them.

Page 1 of 1
Code of Civil Procedure 425.12

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Legal
Solutions
Plus

PLD-PI-001(5)

| SHORT TITLE: State Farm v. Amazon | CASE NUMBER: |
|---|---|

| __SECOND__ | CAUSE OF ACTION—Products Liability | Page 5 |
|---|---|---|
| (number) | | |

ATTACHMENT TO  [x] Complaint   [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: State Farm General Insurance Company

Prod. L-1. On or about *(date)*: September 5, 2019    plaintiff was injured by the following product:
A lithium polymer battery and charger purchased through Amazon

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
  [x] used in the manner intended by the defendants.
  [x] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
  [ ] purchaser of the product.
  [ ] bystander to the use of the product.
  [ ] user of the product.
  [x] other *(specify)*: Subrogee of the user of the product

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [x] **Count One--Strict liability** of the following defendants who
  a. [ ] manufactured or assembled the product *(names)*:

        [ ] Does _____ to _____
  b. [ ] designed and manufactured component parts supplied to the manufacturer *(names)*:

        [ ] Does _____ to _____
  c. [x] sold the product to the public *(names)*: Amazon.com Services LLC; and

        [x] Does 1 to 25

Prod. L-5. [x] **Count Two--Negligence** of the following defendants who owed a duty to plaintiff *(names)*:
  Amazon.com Services LLC; and

        [x] Does 1 to 25

Prod. L-6. [x] **Count Three--Breach of warranty** by the following defendants *(names)*: Amazon.com Services LLC; and

        [x] Does 1 to 25
  a. [x] who breached an implied warranty
  b. [ ] who breached an express warranty which was
        [ ] written   [ ] oral

Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
        [ ] listed in Attachment-Prod. L-7   [ ] as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

CAUSE OF ACTION—Products Liability

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure, § 425.12

```
┌  Yasutake & Associates, A Professional  ┐    ┌                              ┐
   Corporation
   Attn: Yasutake, Darrel K
   6200 Center Street,
└  Suite 280                              ┘    └                              ┘
   Clayton, CA   94517
```

## Superior Court of California, County of Alameda

| State Farm General Insurance Com | No. RG20085312 |
|---|---|
| Plaintiff/Petitioner(s) | NOTICE OF CASE MANAGEMENT |
| VS. | CONFERENCE AND ORDER |
| Amazon.com Services LLC | Unlimited Jurisdiction |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:
Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 08/17/2021 | Department: 22 | Judge: Jeffrey Brand |
|---|---|---|
| Time: 02:30 PM | Location: **Administration Building** | Clerk: Maya Walker |
| | **Fourth Floor** | Clerk telephone: (510) 267-6938 |
| | **1221 Oak Street, Oakland CA 94612** | E-mail: Dept22@alameda.courts.ca.gov |
| | Internet: **www.alameda.courts.ca.gov** | Fax: (510) 267-1574 |

### ORDERS

1. **Plaintiff must:**

   a. Serve all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)); and

   b. Give notice of this conference to all other parties and file proof of service.

2. **Defendant must respond as stated on the summons.**

3. **All parties who have appeared before the date of the conference must:**

   a. **Meet and confer,** in person or by telephone as required by Cal. Rules of Court, rule 3.724;

   b. **File and serve a completed** *Case Management Statement* on Form CM-110 at least 15 days before the Case Management Conference (Cal. Rules of Court, rule 3.725); and

   c. **Post jury fees** as required by Code of Civil Procedure section 631.

4. If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

5. You are further ordered to appear in person or through your attorney of record at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed. You may be able to appear at Case Management Conferences by telephone. Contact CourtCall, an independent vendor, at least three business days before the scheduled conference. Call 1-888-882-6878, or fax a service request to (888) 882-2946. The vendor charges for this service.

6. You may file *Case Management Conference Statements* by E-Delivery. Submit them directly to the E-Delivery Fax Number (510) 267-5732. No fee is charged for this service. For further information, go to *www.alameda.courts.ca.gov/ff*.

7. The judge may place a *Tentative Case Management Order* in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the website of each assigned department for procedures regarding tentative case management orders at *www.alameda.courts.ca.gov/dc*.

---

Form Approved for Mandatory Use          NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER          Page 1 of 2
Superior Court of California, County
of Alameda
ALA CIV-100 [Rev. 07-01-2015]

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 01/14/2021.

By _____
Deputy Clerk

## Superior Court of California, County of Alameda



## Notice of Assignment of Judge for All Purposes

Case Number: RG20085312
Case Title:    State Farm General Insurance Com VS Amazon.com Services LLC
Date of Filing: 12/29/2020

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:**

| | |
|---|---|
| **Judge:** | Jeffrey Brand |
| **Department:** | 22 |
| **Address:** | Administration Building |
| | 1221 Oak Street |
| | Oakland CA 94612 |
| **Phone Number:** | (510) 267-6938 |
| **Fax Number:** | (510) 267-1574 |
| **Email Address:** | Dept22@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure section 170.6 must be exercised within the time period provided by law. (See Code Civ. Proc. §§ 170.6, subd. (a)(2) and 1013.)**

**NOTICE OF NONAVAILABILITY OF COURT REPORTERS:** Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording.

Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

**General Procedures**

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the René C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO<br>
JUDGE Jeffrey Brand<br>
DEPARTMENT 22

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at: http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processes (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days". Plaintiff received that form in the ADR information package at the time the complaint was filed. The court's website also contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

(1) Counsel are expected to be familiar with the Statement of Professionalism and Civility, Alameda County Bar (www.acbanet.org, "About the ACBA," "Forms Library.") (2) Appearances by attorneys who are not counsel of record are not permitted except for good cause shown. Non-emergency scheduling conflicts is not good cause. (3) A courtesy copy of any paper filed, lodged or otherwise submitted in connection with any motion or application must be delivered to Department 22 at the above address by mail, overnight delivery, or to the courtesy copy box outside the courtroom promptly after filing or submission(see Local Rule 3.30(c)). (4) All references to "counsel" in this order apply equally to self-represented parties, who should know that there is a Self-Help Center at Hayward Hall of Justice, 24405 Amador Street, 1st Floor, Dept.501. (5) Email communication to the department is preferred, but email is NOT a substitute for filing of pleadings/documents.

**Schedule for Department 22**

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions. Contacts with Dept. 22 should be by e-mail with copies to all counsel after conferring about proposed dates.

- Trials generally are held: Mondays through Thursdays, 8:30 a.m. to 1:30 p.m. with two breaks and Fridays, 8:30 a.m. to noon with one break. A pretrial conference is generally scheduled 3 weeks before trial at 8:30 a.m. or 2:00 p.m. on a Friday. Personal appearance required.

- Case Management Conferences are held: Mondays through Thursdays at 3:00 p.m.

- Law and Motion matters are heard: Tuesdays and Thursdays at 3:00 p.m. (maximum 5 each). Email Dept. 22 to obtain a reservation. Limited hearings are available for summary judgments, preliminary injunctions and other time intensive motions.

- Settlement Conferences are heard: Court resources are limited. Counsel encouraged to consider alternative dispute resolution options. Conferences will be specially set when deemed appropriate.
- Ex Parte matters are heard: Applications are considered only on moving papers and any written response. Email Dept. 22 to advise when papers will be filed and give notice to other side and advise same that written opposition must be filed in 24 hours.

**Law and Motion Procedures**

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
  Email:     Dept.22@alameda.courts.ca.gov

- Ex Parte Matters
  Email:     Dept.22@alameda.courts.ca.gov

**Tentative Rulings**

The court may issue tentative rulings in accordance with the Local Rules. Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 22
- Phone: 1-866-223-2244

Dated: 01/13/2021

                                  _____
                                          Facsimile
                                  Presiding Judge,
                                  Superior Court of California, County of Alameda

---

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on

the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 01/14/2021

By 

Deputy Clerk